FILED
CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFF WARREN INVESTMENTS,<br><br>    Plaintiff,<br><br> vs.<br><br>EDDIE MORENO and DAWN MORENO,<br><br>    Defendants. | CASE NO. CV 11-08982 UA (RZ)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

  The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

  On October 28, 2011, Defendants Eddie and Dawn Moreno, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

  Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendants do not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162

L.Ed.2d 502 (2005). Defendants assert that the amount in controversy may exceed $75,000, but the complaint, attached as Exhibit A to the Notice of Removal, expressly states that the amount in controversy does not exceed $10,000. Defendants also do not allege what Plaintiff's non-California citizenship is. *See* 28 U.S.C. §§ 1332, 1441(b). Perhaps this is because Plaintiff is in fact a California citizen. According to public records of the California Secretary of State, of which records the Court takes judicial notice, Cliff Warren Investments, Inc. is incorporated in California. The parties thus are not diverse in citizenship. Finally, because Defendants reside in the forum state, Defendants cannot properly remove the action, to the extent diversity jurisdiction is asserted. 28 U.S.C. § 1441(b).

Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, Southeast District, Downey Courthouse, 7500 East Imperial Highway, Downey, CA 90242, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 11/10/2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE